| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| | ) SS | |
| COUNTY OF PENNINGTON | ) | SEVENTH JUDICIAL CIRCUIT |
| STUART L. CORCORAN, | ) | Civ. No. |
| Plaintiff, | ) | |
| vs. | ) | SUMMONS |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) | |
| Defendant. | ) | |

THE STATE OF SOUTH DAKOTA TO THE ABOVE-NAMED DEFENDANT EMPLOYERS INSURANCE COMPANY OF WAUSAU GREETINGS:

YOU ARE HEREBY SUMMONED AND REQUIRED to serve upon Mark J. Connot, of Gunderson, Palmer, Goodsell & Nelson, LLP, whose address is P.O. Box 8045, Rapid City, SD, 57709, an answer to the complaint which will be filed in the office of the clerk of the Circuit Court of the Seventh Judicial Circuit at Rapid City, County of Pennington, State of South Dakota. Upon service of the complaint on you, an answer to the complaint must be filed within thirty (30) days exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated this \_\_11\_\_ day of October, 2005.

GUNDERSON, PALMER, GOODSELL
& NELSON, LLP

BY: _____
Mark J. Connot
Attorneys for Plaintiff
440 Mt. Rushmore Road, 3rd Floor
P.O. Box 8045
Rapid City, SD 57709-8045
(605) 342-1078

"Exhibit 1"