FILED
JAN 04 2007
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STUART L. CORCORAN, | CIV. 05-5100 |
| Plaintiff, | |
| vs. | STIPULATION FOR AND JUDGMENT OF DISMISSAL |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above-named parties, through their counsel of record, hereby stipulate and agree that the above-entitled matter may be dismissed on its merits and with prejudice, each party to bear their own costs.

Dated at Sioux Falls, South Dakota, this 20 day of December, 2006.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

Rick W. Orr
206 West 14th
P. O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Defendant*

Dated at Rapid City, South Dakota this 3rd day of January.

GUNDERSON, PALMER, GOODSELL & NELSON, LLP

_____
Mark J. Connot
440 Mt. Rushmore Road, 3rd Floor
P. O. Box 8045
Rapid City, SD  57709-8045
*Attorneys for Plaintiff*

## JUDGMENT

Based upon the attached and foregoing Stipulation, good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint may be, and the same hereby is, dismissed on its merits, with prejudice, each party to bear their own costs.

January 4, 2007.

BY THE COURT:

_____
Judge

ATTEST:

_____
    Clerk
(SEAL)

2